John Wayne Eiker, a Minor, by Charles L. Eiker, His Father and Next Friend, Plaintiff-Appellant, v. Ross E. Ragon and Melvin B. Brock, Defendants-Appellees.

**Gen. No. 69-50. (Abstract of Decision.)**